HARRY SPIELBERGER, as President of Free Synagogue of Flushing, et al., Respondents, v. MAX MEYER, Individually and as Rabbi of Free Synagogue of Flushing, et al., Defendants, and PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant.— In an action by one faction against another faction of a religious corporation seeking, *inter alia,* to restrain defendant faction from interfering with plaintiff faction in acting as trustees of the corporation, and to restrain said defendants from acting as trustees, appellant bank (with which some of the property of the religious corporation is on deposit) moved to dismiss the complaint on the grounds that plaintiff trustees have no legal capacity to sue and because each of the causes of action was insufficient. The motion was denied. Order affirmed, with $10 costs and disbursements. (See *Spielberger* v. *Meyer, post,* p. 794, decided herewith.) Incident to the main purpose of this action, plaintiffs' purpose also is to put the appellant bank on notice that the funds on deposit with it are properly subject to the control of plaintiff faction rather than defendant faction. Johnston, Wenzel and MacCrate, JJ., concur; Carswell, Acting P. J., dissents and votes to reverse the order and to grant appellant's motion to dismiss the complaint on the ground that the causes of action, if any, pleaded against appellant bank belong to the corporation and may be enforced only in the name or in behalf of the corporation and not by plaintiff individuals. Adel, J., not voting.

∎

HARRY SPIELBERGER, as President of Free Synagogue of Flushing, et al., Respondents, v. MAX MEYER, Individually and as Rabbi of Free Synagogue of Flushing, et al., Appellants, et al., Defendants.— In an action by one faction against another faction of a religious corporation seeking, *inter alia,* to restrain defendant faction from interfering with plaintiff faction in acting as trustees of the corporation and to restrain defendants from acting as trustees, defendants appeal from an order denying their motion to dismiss the complaint on the ground that plaintiffs, as trustees, have no legal capacity to sue and that the action should be brought in the name of the religious corporation, and from an order granting reargument and, on reargument, adhering to the original determination. Order on reargument affirmed, with $10 costs and disbursements, with leave to defendants who have appeared herein to answer within ten days from the entry of the order hereon. (*Reis* v. *Rohde,* 34 Hun 161; *Kerr* v. *Trego,* 47 Pa. 292, 295–296.) Appeal from original order dismissed, without costs. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.